IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PABLO ESTRADA-ZEA | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-05-3974 |
| | § | Criminal Action No. H-01-670 |
| UNITES STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |
| | § | |

ORDER

As Petitioner Pablo Estrada-Zea's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Criminal Document No. 23, Civil Document No. 1) has been denied, and the United States of America's Motion to Dismiss (Criminal Document No. 26) has been granted, the Court hereby

DISMISSES Petitioner Pablo Estrada-Zea's 28 U.S.C. § 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 27th day of March, 2006.

_____
DAVID HITTNER

United States District Judge